IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01522-REB-MEH

DAVID ROTHE,

    Plaintiff,

v.

NATIONAL CITY BANK,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 21, 2010.**

    Defendant's Motion for an Order Establishing Deadline for Defendant to Respond to Complaint to Correspond with the Time Provided Under Rule 12(a)(1) [filed July 20, 2010; docket #10] is **granted**. Upon Defendant's notice of waiver of service, the Defendant shall file an answer or other response to the Complaint **on or before September 17, 2010**.

    In addition, the Defendant shall file a response to the Plaintiff's Petition [Motion] for Temporary Injunction [docket #3] **on or before September 17, 2010**. The Plaintiff may file a brief in reply to Defendant's response within 14 days after the response is served. *See* D.C. Colo. LCivR 7.1C.